1

2  LAW OFFICES OF
   **BRADFORD & BARTHEL, LLP**
3  PATRICK G. ROSE, SBN#185508
   9821 Business Park Drive, Suite 160
4  Sacramento, California 95827
   Telephone: 916-569-0790
5  Facsimile: 916-569-0799

6  Attorneys for Plaintiff
   PREFERRED EMPLOYERS INSURANCE COMPANY

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

| 13 | PREFERRED EMPLOYERS INSURANCE COMPANY, | Case No. 3:09-CV-00346-JCS |
|---|---|---|
| 14 |  | [~~PROPOSED~~] ORDER ON REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE [CIVIL L.R. 7] |
| 15 | Plaintiff, vs. |  |
| 16 | UNITED STATES POSTAL SERVICE; TIM MUNSIL; and DOES 1 to 20, |  |
| 17 | Defendants. |  |

18

19     Having reviewed Plaintiff's request for continuance based on the delay in service of process,

20  the request to continue the case management conference and the case management schedule is

21  hereby granted;

22     The new initial case management conference is hereby scheduled for: July 31, 2009.

23     The new case management conference deadlines are as follows:

24     • Last day to meet and confer re: initial disclosures, early settlement, ADR, file ADR
         certification or and Stipulations:  July 10, 2009
25     • Last day to file Rule 26(f) report, initial disclosures and case management
         conference statement:  July 24, 2009.

26  Dated: May 6, 2009

27                                                          _____

28                                                          United States District Court, Northern District of
                                                            California
                                                            Judge Joseph C. Spero