```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

PATRICK G. ROSE
BRADFORD & BARTHEL, LLP
9821 Business Park Drive, Suite 160
Sacramento, CA 95827
Telephone: (916) 569-0790
FAX:  (916) 569-0799

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PREFERRED EMPLOYERS INSURANCE COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES POSTAL SERVICE;<br>TIM MUNSIL; and DOES 1 to 20,<br><br>   Defendants. | No. C09-0346 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND STAYING CASE PENDING RESOLUTION OF ADMINISTRATIVE CLAIM** |

 The parties, by and through their counsel of record, hereby stipulate and agree as follows:

 1. Plaintiff Preferred Employers Insurance Company filed the above-captioned Federal Tort Claims Act ("FTCA") action on or about January 26, 2009. Plaintiff brings a subrogation action and claims it paid workers' compensation benefits to Robert Smith for injuries allegedly arising from an August 23, 2005 accident.

STIPULATION & [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND
STAYING CASE PENDING RESOLUTION OF ADMINISTRATIVE CLAIM
C09-0346 WHA

1    2.   The parties stipulate and agree to the filing of an amended complaint to substitute the
2  United States for the United States Postal Service ("USPS") and Mr. Munsil as the defendant in
3  this FTCA action.  Plaintiff shall file an amended complaint substituting the United States for the
4  USPS and Mr. Munsil by June 12, 2009.  The undersigned counsel for the federal defendants
5  agrees to accept service of the amended complaint for the United States.

6    3.   Mr. Smith has filed an administrative claim, Standard Form 95, with the USPS for
7  damages allegedly arising from the August 23, 2005 accident.  The processing of Mr. Smith's
8  administrative claim has not yet been completed.  The resolution of plaintiff's administrative
9  claim may affect the above-captioned case.  Also, the parties anticipate that if Mr. Smith files a
10 lawsuit following the resolution of his administrative claim, his complaint would involve
11 substantially the same parties, allegations, and events as the above-captioned action.
12 Accordingly, the parties believe a stay pending the resolution of Mr. Smith administrative claim
13 would promote economy, and avoid unnecessary duplication of labor or expense.

14    4.   For the above stated reasons, the parties stipulate to stay the above-captioned case until
15 Mr. Smith's administrative claim is resolved, either by settlement or by a USPS determination on
16 Mr. Smith's administrative claim. The parties further stipulate and agree that the United States'
17 response to the amended complaint shall be due 60 days after the stay in the above-captioned
18 case is lifted.

19    IT IS SO STIPULATED.

20 DATED:   June 12, 2009              Respectfully submitted,

21                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
22
                                       By:      /s/
23                                           JENNIFER S WANG
                                             Assistant United States Attorney
24

25 DATED:   June 10, 2009

26                                     By:    /s/ Patrick G. Rose
                                             PATRICK G. ROSE
27                                           BRADFORD & BARTHEL, LLP
                                             Attorneys for Plaintiff
28

STIPULATION & [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND
STAYING CASE PENDING RESOLUTION OF ADMINISTRATIVE CLAIM
C09-0346 WHA

**[PROPOSED] ORDER**

Pursuant to stipulation by the parties, plaintiff will file an amended complaint substituting the United States as the defendant by June 12, 2009.  It is further ordered that pursuant to stipulation by the parties, the above-captioned case is stayed until Robert Smith's administrative claim with the United States Postal Service is resolved, either by settlement or a determination on the claim by the United States Postal Service, and the federal defendants' response to the amended complaint shall be due 60 days after the stay in the above-captioned case is lifted.

IT IS SO ORDERED.

Dated: _June 15, 2009_____       _____
                                     WILLIAM H. ALSUP
                                     UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION & [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND
STAYING CASE PENDING RESOLUTION OF ADMINISTRATIVE CLAIM
C09-0346 WHA