IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED EMPLOYER INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 09-00346 WHA<br><br>**ORDER DENYING REQUEST TO STAY CASE AND DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    The Court **DENIES** without prejudice to consideration of the general issues at the case management conference on **JULY 30, 2009, AT 11:00 A.M.** in Courtroom 9.

    **IT IS SO ORDERED.**

Dated: July 24, 2009.

                                                           WILLIAM ALSUP<br>
                                                           UNITED STATES DISTRICT JUDGE