IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PREFERRED EMPLOYER INSURANCE COMPANY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 09-00346 WHA

**ORDER REQUESTING STATUS UPDATE**

On October 22, 2009, the parties filed a certification of mediation stating that mediation was complete and the case had fully settled. Until a notice of dismissal has been filed, this case remains set for trial beginning November 15, 2010. The parties are ordered to meet and confer and file a joint status update on or before **NOON ON DECEMBER 28, 2009.**

**IT IS SO ORDERED.**

Dated: December 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE