IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PREFERRED EMPLOYER INSURANCE COMPANY,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                     /

No. C 09-00346 WHA

**ORDER APPROVING SETTLEMENT AGREEMENT WITH MODIFICATION**

The parties have entered a settlement agreement in this action and submitted it for the undersigned's approval. The settlement is approved with the modification that the Court will retain jurisdiction over this matter for purposes of resolving disputes alleging breach of the settlement agreement for three years from the date of dismissal.

**IT IS SO ORDERED.**

Dated: February 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE