JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for the United States of America

Patrick Rose
BRADFORD & BARTHEL, LLP
9821 Business Park Drive, Suite 160
Sacramento, CA 95827
Telephone: (916) 569-0790
Facsimile: (916) 569-0799
prose@bradfordbarthel.com

Attorneys for Plaintiff

FAX
FEB 18 2010
PRIORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PREFERRED EMPLOYERS INSURANCE )    No. C09-0346 WHA
COMPANY, )
)   **STIPULATION AND [PROPOSED]**
    Plaintiff, )   **ORDER OF DISMISSAL WITH**
)   **PREJUDICE**
    v. )
)
UNITED STATES OF AMERICA, and )
DOES 1 to 20, )
)
    Defendants. )

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

FOLLOWING STIPULATION:

    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff PREFERRED EMPLOYERS

INSURANCE COMPANY and defendant UNITED STATES OF AMERICA hereby stipulate to

dismiss with prejudice the above-captioned action, including all claims that were asserted

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 309-0346 WHA          1

therein. Each party will bear its own costs and attorneys fees.

DATED: 02/18/2010    By: _____
                     PREFERRED EMPLOYERS INSURANCE CO.
                     Plaintiff

DATED: 2/18/2016    By: _____
                     PATRICK ROSE
                     BRADFORD & BARTHEL
                     Attorney for Plaintiff

                     JOSEPH P. RUSSONIELLO
                     United States Attorney

DATED: 2/26/2010    By: _____
                     JENNIFER S WANG
                     Assistant United States Attorney
                     Attorneys for Defendant


                     [PROPOSED] ORDER

    The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed
with prejudice.

IT IS SO ORDERED.


DATED: _____   March 1, 2010.

                     _____
                     HONORABLE WILLIAM H. ALSUP
                     UNITED STATES DISTRICT

IT IS SO ORDERED

Judge William Alsup

200/200
02/18/2010 15:26 FAX